| Statement of Earnings For: | **Michael Giresi** | | | | | | **BENNY'S OF PECKVILLE LLC DBA BENNY'S (0190** |
|---|---|---|---|---|---|---|---|

| Employee #: | 85 | Division: | | Period Begin: | 2/8/2026 | Check Date: | 2/20/2026 | 1216 MAIN STREET |
|---|---|---|---|---|---|---|---|---|
| Clock Number: | | Department: | 400 | Period End: | 2/14/2026 | | | PECKVILLE, PA 18452 |
| SSN: | XXX-XX-9722 | Federal Filing: | Single or Marri | Exemptions: | N/A | Additional Tax: | | |
| Company Id: | 0190AGYX | State Filing: | | Exemptions: | 0 | Additional Tax: | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V142435154 | $0.00 | $120.00 | $105.46 | |

| EARNINGS | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 12.0000 | 10.00 | 120.00 | 70.00 | 820.00 | SOC SEC EE | 7.44 | 50.84 | | | |
| | | | | | | MED EE | 1.74 | 11.89 | | | |
| | | | | | | PENNSYLVANIA WH | 3.68 | 25.16 | | | |
| | | | | | | JESSUP | 0.60 | 4.10 | | | |
| | | | | | | PENNSYLVANIA SUI EE | 0.08 | 0.56 | | | |
| | | | | | | BLAKELY LST | 1.00 | 7.00 | | | |
| **Total:** | | 10.00 | 120.00 | 70.00 | 820.00 | **Total:** | 14.54 | 99.55 | **Total:** | 0.00 | 0.00 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY |
|---|---|
| | Checking     Account: XXXXX2001     Deposit Amount: 105.46 |

BENNY'S OF PECKVILLE LLC DBA BENNY'S
(0190AGYX)
1216 MAIN STREET
PECKVILLE, PA 18452

| CHECK DATE | VOUCHER ID |
|---|---|
| 2/20/2026 | V142435154 |

Your entire Net pay of $105.46 has been deposited in your bank account(s).

| TOTAL NET PAY |
|---|
| ********$105.46 |

85  400

**Michael Giresi**

116 Gallagher St.
JESSUP, PA 18434

**NOT NEGOTIABLE**

| Statement of Earnings For: | **Michael Giresi** | | | | | | | **BENNY'S OF PECKVILLE LLC DBA BENNY'S (0190** |
|---|---|---|---|---|---|---|---|---|

| Employee #: | 85 | Division: | | Period Begin: | 2/15/2026 | Check Date: | 2/27/2026 | 1216 MAIN STREET |
|---|---|---|---|---|---|---|---|---|
| Clock Number: | | Department: | 400 | Period End: | 2/21/2026 | | | PECKVILLE, PA 18452 |
| SSN: | XXX-XX-9722 | Federal Filing: | Single or Marri | Exemptions: | N/A | Additional Tax: | | |
| Company Id: | 0190AGYX | State Filing: | | Exemptions: | 0 | Additional Tax: | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V142703859 | $0.00 | $120.00 | $105.46 | |

| EARNINGS | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 12.0000 | 10.00 | 120.00 | 80.00 | 940.00 | SOC SEC EE | 7.44 | 58.28 | | | |
| | | | | | | MED EE | 1.74 | 13.63 | | | |
| | | | | | | PENNSYLVANIA WH | 3.68 | 28.84 | | | |
| | | | | | | JESSUP | 0.60 | 4.70 | | | |
| | | | | | | PENNSYLVANIA SUI EE | 0.08 | 0.64 | | | |
| | | | | | | BLAKELY LST | 1.00 | 8.00 | | | |
| **Total:** | | 10.00 | 120.00 | 80.00 | 940.00 | **Total:** | 14.54 | 114.09 | **Total:** | 0.00 | 0.00 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY |
|---|---|
| | Checking    Account: XXXXX2001    Deposit Amount: 105.46 |

BENNY'S OF PECKVILLE LLC DBA BENNY'S
(0190AGYX)
1216 MAIN STREET
PECKVILLE, PA 18452

| CHECK DATE | VOUCHER ID |
|---|---|
| 2/27/2026 | V142703859 |

| TOTAL NET PAY |
|---|
| ********$105.46 |

Your entire Net pay of $105.46 has been deposited in your bank account(s).

85  400

**Michael Giresi**

116 Gallagher St.
JESSUP, PA 18434

**NOT NEGOTIABLE**

| Statement of Earnings For: | **Michael Giresi** | | | | | | **BENNY'S OF PECKVILLE LLC DBA BENNY'S (0190** |
|---|---|---|---|---|---|---|---|

| Employee #: | 85 | Division: | | Period Begin: | 2/22/2026 | Check Date: | 3/6/2026 |
|---|---|---|---|---|---|---|---|
| Clock Number: | | Department: | 400 | Period End: | 2/28/2026 | | |
| SSN: | XXX-XX-9722 | Federal Filing: | Single or Marri | Exemptions: | N/A | Additional Tax: | |
| Company Id: | 0190AGYX | State Filing: | | Exemptions: | 0 | Additional Tax: | |

1216 MAIN STREET
PECKVILLE, PA 18452

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V143120571 | $0.00 | $120.00 | $105.46 | |

### EARNINGS (*Not included in Totals)

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 12.0000 | 10.00 | 120.00 | 90.00 | 1,060.00 |
| **Total:** | | 10.00 | 120.00 | 90.00 | 1,060.00 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 7.44 | 65.72 |
| MED EE | 1.74 | 15.37 |
| PENNSYLVANIA WH | 3.68 | 32.52 |
| JESSUP | 0.60 | 5.30 |
| PENNSYLVANIA SUI EE | 0.08 | 0.72 |
| BLAKELY LST | 1.00 | 9.00 |
| **Total:** | 14.54 | 128.63 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### CURRENT PERIOD LEAVE ACCRUAL

### DISTRIBUTION OF NET PAY

| Checking | Account: XXXXX2001 | Deposit Amount: | 105.46 |
|---|---|---|---|

BENNY'S OF PECKVILLE LLC DBA BENNY'S
(0190AGYX)
1216 MAIN STREET
PECKVILLE, PA 18452

| CHECK DATE | VOUCHER ID |
|---|---|
| 3/6/2026 | V143120571 |

| TOTAL NET PAY |
|---|
| ********$105.46 |

Your entire Net pay of $105.46 has been deposited in your bank account(s).

85  400

**Michael Giresi**

116 Gallagher St.
JESSUP, PA 18434

**NOT NEGOTIABLE**

| Statement of Earnings For: | **Michael Giresi** | | | | BENNY'S OF PECKVILLE LLC DBA BENNY'S (0190 |
|---|---|---|---|---|---|

| Employee #: | 85 | Division: | | Period Begin: | 3/1/2026 | Check Date: | 3/13/2026 | 1216 MAIN STREET |
|---|---|---|---|---|---|---|---|---|
| Clock Number: | | Department: | 400 | Period End: | 3/7/2026 | | | PECKVILLE, PA 18452 |
| SSN: | XXX-XX-9722 | Federal Filing: | Single or Marri | Exemptions: | N/A | Additional Tax: | | |
| Company Id: | 0190AGYX | State Filing: | | Exemptions: | 0 | Additional Tax: | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V143195549 | $0.00 | $120.00 | $105.46 | |

### EARNINGS  *Not included in Totals

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 12.0000 | 10.00 | 120.00 | 100.00 | 1,180.00 |
| **Total:** | | 10.00 | 120.00 | 100.00 | 1,180.00 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 7.44 | 73.16 |
| MED EE | 1.74 | 17.11 |
| PENNSYLVANIA WH | 3.68 | 36.20 |
| JESSUP | 0.60 | 5.90 |
| PENNSYLVANIA SUI EE | 0.08 | 0.80 |
| BLAKELY LST | 1.00 | 10.00 |
| **Total:** | 14.54 | 143.17 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### CURRENT PERIOD LEAVE ACCRUAL

### DISTRIBUTION OF NET PAY

| | | |
|---|---|---|
| Checking | Account: XXXXX2001 | Deposit Amount: 105.46 |

BENNY'S OF PECKVILLE LLC DBA BENNY'S
(0190AGYX)
1216 MAIN STREET
PECKVILLE, PA 18452

| CHECK DATE | VOUCHER ID |
|---|---|
| 3/13/2026 | V143195549 |

Your entire Net pay of $105.46 has been deposited in your bank account(s).

| TOTAL NET PAY |
|---|
| ********$105.46 |

85  400

**Michael Giresi**

116 Gallagher St.
JESSUP, PA 18434

**NOT NEGOTIABLE**

**NOT NEGOTIABLE**

| Statement of Earnings For: | **Michael Giresi** | | | | | | | **BENNY'S OF PECKVILLE LLC DBA BENNY'S (0190** |

| Employee #: | 85 | Division: | | Period Begin: | 3/8/2026 | Check Date: | 3/20/2026 |
|---|---|---|---|---|---|---|---|
| Clock Number: | | Department: | 400 | Period End: | 3/14/2026 | | |
| SSN: | XXX-XX-9722 | Federal Filing: | Single or Marri | Exemptions: | N/A | Additional Tax: | |
| Company Id: | 0190AGYX | State Filing: | | Exemptions: | 0 | Additional Tax: | |

1216 MAIN STREET
PECKVILLE, PA 18452

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V143518733 | $0.00 | $120.00 | $105.46 | |

### EARNINGS  *Not included in Totals

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 12.0000 | 10.00 | 120.00 | 110.00 | 1,300.00 |
| **Total:** | | 10.00 | 120.00 | 110.00 | 1,300.00 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 7.44 | 80.60 |
| MED EE | 1.74 | 18.85 |
| PENNSYLVANIA WH | 3.68 | 39.88 |
| JESSUP | 0.60 | 6.50 |
| PENNSYLVANIA SUI EE | 0.08 | 0.88 |
| BLAKELY LST | 1.00 | 11.00 |
| **Total:** | 14.54 | 157.71 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### CURRENT PERIOD LEAVE ACCRUAL

### DISTRIBUTION OF NET PAY

| | | |
|---|---|---|
| Checking | Account: XXXXX2001 | Deposit Amount: 105.46 |

BENNY'S OF PECKVILLE LLC DBA BENNY'S
(0190AGYX)
1216 MAIN STREET
PECKVILLE, PA 18452

| CHECK DATE | VOUCHER ID |
|---|---|
| 3/20/2026 | V143518733 |

| TOTAL NET PAY |
|---|
| ********$105.46 |

Your entire Net pay of $105.46 has been deposited in your bank account(s).

85  400

**Michael Giresi**

116 Gallagher St.
JESSUP, PA 18434

**NOT NEGOTIABLE**

| Statement of Earnings For: | **Michael Giresi** | | | | | | | **BENNY'S OF PECKVILLE LLC DBA BENNY'S (0190**<br>1216 MAIN STREET<br>PECKVILLE, PA 18452 |
|---|---|---|---|---|---|---|---|---|

| Employee #: | 85 | Division: | | Period Begin: | 3/15/2026 | Check Date: | 3/27/2026 |
|---|---|---|---|---|---|---|---|
| Clock Number: | | Department: | 400 | Period End: | 3/21/2026 | | |
| SSN: | XXX-XX-9722 | Federal Filing: | Single or Marri | Exemptions: | N/A | Additional Tax: | |
| Company Id: | 0190AGYX | State Filing: | | Exemptions: | 0 | Additional Tax: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V143762433 | $0.00 | $180.00 | $158.67 | |

### EARNINGS    *Not included in Totals

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 12.0000 | 15.00 | 180.00 | 125.00 | 1,480.00 |
| **Total:** | | 15.00 | 180.00 | 125.00 | 1,480.00 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 11.16 | 91.76 |
| MED EE | 2.61 | 21.46 |
| PENNSYLVANIA WH | 5.53 | 45.41 |
| JESSUP | 0.90 | 7.40 |
| PENNSYLVANIA SUI EE | 0.13 | 1.01 |
| BLAKELY LST | 1.00 | 12.00 |
| **Total:** | 21.33 | 179.04 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### CURRENT PERIOD LEAVE ACCRUAL

### DISTRIBUTION OF NET PAY

| | | |
|---|---|---|
| Checking | Account: XXXXX2001 | Deposit Amount: 158.67 |

BENNY'S OF PECKVILLE LLC DBA BENNY'S
(0190AGYX)
1216 MAIN STREET
PECKVILLE, PA 18452

| CHECK DATE | VOUCHER ID |
|---|---|
| 3/27/2026 | V143762433 |

Your entire Net pay of $158.67 has been deposited in your bank account(s).

| TOTAL NET PAY |
|---|
| ********$158.67 |

85   400

**Michael Giresi**

116 Gallagher St.
JESSUP, PA 18434

**NOT NEGOTIABLE**

| Statement of Earnings For: | **Michael Giresi** | | | | | | **BENNY'S OF PECKVILLE LLC DBA BENNY'S (0190** |
|---|---|---|---|---|---|---|---|

| Employee #: | 85 | Division: | | Period Begin: | 3/22/2026 | Check Date: | 4/3/2026 |
|---|---|---|---|---|---|---|---|
| Clock Number: | | Department: | 400 | Period End: | 3/28/2026 | | |
| SSN: | XXX-XX-9722 | Federal Filing: | Single or Marri | Exemptions: | N/A | Additional Tax: | |
| Company Id: | 0190AGYX | State Filing: | | Exemptions: | 0 | Additional Tax: | |

1216 MAIN STREET
PECKVILLE, PA 18452

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V144041807 | $0.00 | $180.00 | $158.67 | |

### EARNINGS (*Not included in Totals)

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 12.0000 | 15.00 | 180.00 | 140.00 | 1,660.00 |
| **Total:** | | 15.00 | 180.00 | 140.00 | 1,660.00 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 11.16 | 102.92 |
| MED EE | 2.61 | 24.07 |
| PENNSYLVANIA WH | 5.53 | 50.94 |
| JESSUP | 0.90 | 8.30 |
| PENNSYLVANIA SUI EE | 0.13 | 1.14 |
| BLAKELY LST | 1.00 | 13.00 |
| **Total:** | 21.33 | 200.37 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### CURRENT PERIOD LEAVE ACCRUAL

### DISTRIBUTION OF NET PAY

| | | |
|---|---|---|
| Checking | Account: XXXXX2001 | Deposit Amount: 158.67 |

BENNY'S OF PECKVILLE LLC DBA BENNY'S
(0190AGYX)
1216 MAIN STREET
PECKVILLE, PA 18452

| CHECK DATE | VOUCHER ID |
|---|---|
| 4/3/2026 | V144041807 |

| TOTAL NET PAY |
|---|
| ********$158.67 |

Your entire Net pay of $158.67 has been deposited in your bank account(s).

85  400

**Michael Giresi**

116 Gallagher St.
JESSUP, PA 18434

**NOT NEGOTIABLE**

Statement of Earnings For: **Michael Giresi**

**BENNY'S OF PECKVILLE LLC DBA BENNY'S (0190**
1216 MAIN STREET
PECKVILLE, PA 18452

| | | | | |
|---|---|---|---|---|
| Employee #: | 85 | Division: | | Period Begin: 3/29/2026 |
| Clock Number: | | Department: 400 | | Period End: 4/4/2026 |
| SSN: | XXX-XX-9722 | Federal Filing: Single or Marri | | Exemptions: N/A |
| Company Id: | 0190AGYX | State Filing: | | Exemptions: 0 |

Check Date: 4/10/2026

Additional Tax:
Additional Tax:

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V144312593 | $0.00 | $180.00 | $158.67 | |

### EARNINGS / TAXES / DEDUCTIONS

*Not included in Totals

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 12.0000 | 15.00 | 180.00 | 155.00 | 1,840.00 | SOC SEC EE | 11.16 | 114.08 | | | |
| | | | | | | MED EE | 2.61 | 26.68 | | | |
| | | | | | | PENNSYLVANIA WH | 5.53 | 56.47 | | | |
| | | | | | | JESSUP | 0.90 | 9.20 | | | |
| | | | | | | PENNSYLVANIA SUI EE | 0.13 | 1.27 | | | |
| | | | | | | BLAKELY LST | 1.00 | 14.00 | | | |
| **Total:** | | 15.00 | 180.00 | 155.00 | 1,840.00 | **Total:** | 21.33 | 221.70 | **Total:** | 0.00 | 0.00 |

### CURRENT PERIOD LEAVE ACCRUAL / DISTRIBUTION OF NET PAY

| | | | |
|---|---|---|---|
| Checking | Account: XXXXX2001 | Deposit Amount: | 158.67 |

BENNY'S OF PECKVILLE LLC DBA BENNY'S
(0190AGYX)
1216 MAIN STREET
PECKVILLE, PA 18452

| CHECK DATE | VOUCHER ID |
|---|---|
| 4/10/2026 | V144312593 |

| TOTAL NET PAY |
|---|
| ********$158.67 |

Your entire Net pay of $158.67 has been deposited in your bank account(s).

85  400

**Michael Giresi**

116 Gallagher St.
JESSUP, PA 18434

**NOT NEGOTIABLE**

| Statement of Earnings For: | **Michael Giresi** | | | | | | | **BENNY'S OF PECKVILLE LLC DBA BENNY'S (0190** |
|---|---|---|---|---|---|---|---|---|

| Employee #: | 85 | Division: | | Period Begin: | 4/5/2026 | Check Date: | 4/17/2026 | 1216 MAIN STREET |
|---|---|---|---|---|---|---|---|---|
| Clock Number: | | Department: | 400 | Period End: | 4/11/2026 | | | PECKVILLE, PA 18452 |
| SSN: | XXX-XX-9722 | Federal Filing: | Single or Marri | Exemptions: | N/A | Additional Tax: | | |
| Company Id: | 0190AGYX | State Filing: | | Exemptions: | 0 | Additional Tax: | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V144600869 | $0.00 | $180.00 | $158.67 | |

| EARNINGS | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 12.0000 | 15.00 | 180.00 | 170.00 | 2,020.00 | SOC SEC EE | 11.16 | 125.24 | | | |
| | | | | | | MED EE | 2.61 | 29.29 | | | |
| | | | | | | PENNSYLVANIA WH | 5.53 | 62.00 | | | |
| | | | | | | JESSUP | 0.90 | 10.10 | | | |
| | | | | | | PENNSYLVANIA SUI EE | 0.13 | 1.40 | | | |
| | | | | | | BLAKELY LST | 1.00 | 15.00 | | | |
| **Total:** | | 15.00 | 180.00 | 170.00 | 2,020.00 | **Total:** | 21.33 | 243.03 | **Total:** | 0.00 | 0.00 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY |
|---|---|
| | Checking     Account: XXXXX2001     Deposit Amount: 158.67 |

BENNY'S OF PECKVILLE LLC DBA BENNY'S
(0190AGYX)
1216 MAIN STREET
PECKVILLE, PA 18452

| CHECK DATE | VOUCHER ID |
|---|---|
| 4/17/2026 | V144600869 |

| TOTAL NET PAY |
|---|
| ********$158.67 |

Your entire Net pay of $158.67 has been deposited in your bank account(s).

85  400

**Michael Giresi**

116 Gallagher St.
JESSUP, PA 18434

**NOT NEGOTIABLE**