In re:                                                                                    Case No. 26-01071-MJC

Michael Giresi                                                                     Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5            User: admin            Page 1 of 3

Date Rcvd: Jul 24, 2026            Form ID: 318            Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Giresi, 116 Gallagher St, Jessup, PA 18434-1473 |
| 5796741 | + | CRG Capital, PO Box 342, Chinchilla, PA 18410-0342 |
| 5796748 | | Pennsylvania Department of Revenue, Attn: Bankruptcy Division, Department 280946, Harrisburg, PA 17101-0946 |
| 5796749 | | Portfolio Recovery Associates, Riverside Commerce Center, Norfolk, VA 23502-4962 |
| 5796752 | | Synchrony Bank, Attn: Bankruptcy, 275 Battery St Fl 23, San Francisco, CA 94111-3305 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5796733 | | EDI: BANKAMER | Jul 24 2026 22:41:00 | Bank of America, Attn: Bankruptcy, PO Box 15019, Wilmington, DE 19886-5019 |
| 5796739 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Jul 24 2026 18:45:00 | Credit Corp Solutions, 121 W Election Rd, Draper, UT 84020-7720 |
| 5796734 | | EDI: CAPITALONE.COM | Jul 24 2026 22:41:00 | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5796735 | | EDI: CAPITALONE.COM | Jul 24 2026 22:41:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5796736 | | Email/Text: bankruptcy@cavps.com | Jul 24 2026 18:45:00 | Cavalry Portfolio Services, 500 Summit Lake Dr Ste 4A, Valhalla, NY 10595-2323 |
| 5796737 | | Email/Text: bankruptcy@cavps.com | Jul 24 2026 18:45:00 | Citibank, Attn: Bankruptcy, 1 American Ln Ste 220, Greenwich, CT 06831-2563 |
| 5796738 | ^ | MEBN | Jul 24 2026 18:43:11 | Citibank N.A., Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 5796742 | | Email/Text: dht@pacollections.com | Jul 24 2026 18:45:00 | Demetrios Tsarouhis, Tsarouhis Law Group, 21 S 9th St Ste 200, Allentown, PA 18102-4861 |
| 5796743 | | EDI: DISCOVER | Jul 24 2026 22:41:00 | Discover Card, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5796745 | | EDI: IRS.COM | Jul 24 2026 22:41:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5796746 | | EDI: JPMORGANCHASE | Jul 24 2026 22:41:00 | JPMorgan Chase Bank Card Services, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 5796747 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 24 2026 18:45:00 | Midland Credit Management, 350 Camino de la Reina Ste 100, San Diego, CA 92108-3007 |
| 5796750 | ^ | MEBN | Jul 24 2026 18:42:58 | PPL Electric Customer Services, 827 Hausman Rd, Allentown, PA 18104-9392 |

| Recip ID | | Notice | Date/Time | Name and Address |
|---|---|---|---|---|
| 5796751 | + Email/PDF: SoFiBKNotifications@resurgent.com | | Jul 24 2026 18:55:08 | SOFI Bank, N.A., 2750 East Cottonwood Pky Suite 300, Salt Lake City, UT 84121-7285 |
| 5796753 | EDI: PRA.COM | | Jul 24 2026 22:41:00 | Synchrony Bank, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 5796754 | + EDI: SYNC | | Jul 24 2026 22:41:00 | Synchrony Bank Mastercard, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 5796755 | EDI: SYNC | | Jul 24 2026 22:41:00 | Synchrony Bank/Citgo PLCC, PO Box 965004, Orlando, FL 32896-5004 |
| 5796756 | EDI: WTRRNBANK.COM | | Jul 24 2026 22:41:00 | Td Bank USA/Target credit, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 5796757 | Email/Text: bkrcy@ugi.com | | Jul 24 2026 18:45:00 | UGI Utilites, PO Box 13009, Reading, PA 19612-3009 |
| 5796744 | EDI: USBANKARS.COM | | Jul 24 2026 22:41:00 | Elan Financial Services, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 5796758 | EDI: G2RSVELOCITY | | Jul 24 2026 22:41:00 | Velocity Investments, LLC, 1800 State Route 34 Ste 305, Wall, NJ 07719-9168 |
| 5796758 | Email/Text: bnc_4301@velocityrecoveries.com | | Jul 24 2026 18:45:00 | Velocity Investments, LLC, 1800 State Route 34 Ste 305, Wall, NJ 07719-9168 |
| 5796759 | ^ MEBN | | Jul 24 2026 18:43:06 | Weltman, Weinberg & Reis Co., L.P.A., 520 Walnut St, Suite 1355, Philadelphia, PA 19106-3602 |
| 5796760 | + Email/Text: bkfilings@zwickerpc.com | | Jul 24 2026 18:45:00 | Zwicker & Associates, P.C., 900 Northbrook Drive Suite 102, Trevose, PA 19053-8432 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5796740 | *P++ | CREDIT CORP SOLUTIONS INC, 121 W ELECTION RD, SANDY UT 84020-7766, address filed with court:, Credit Corp Solutions Inc, 121 W Election Rd, Draper, UT 84020 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2026 at the address(es) listed below:**

**Name**          **Email Address**

District/off: 0314-5

Date Rcvd: Jul 24, 2026

User: admin

Form ID: 318

Page 3 of 3

Total Noticed: 28

Carlo Sabatini

on behalf of Debtor 1 Michael Giresi usbkct@bankruptcypa.com
kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatin
i.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email

John J Martin

pa36@ecfcbis.com  jmartin@martin-law.net;kmartin@martin-law.net

United States Trustee

ustpregion03.ha.ecf@usdoj.gov


TOTAL: 3

Information to identify the case:

| | | |
|---|---|---|
| Debtor 1 | **Michael Giresi** | Social Security number or ITIN   xxx–xx–9722 |
| | First Name    Middle Name    Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _<br>EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   Middle District of Pennsylvania | | |
| Case number:   5:26–bk–01071–MJC | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Michael Giresi
aka Mike Giresi

**By the court:**

7/24/26

Mark J. Conway, United States
Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                    **Order of Discharge**                    page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**